FILED

12/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0700

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0700

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

BRENNAN ADRIAN JONES,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including January 24, 2021, within which to prepare, serve, and file its response brief.

BF

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 16 2020